**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6685
_____

LEROY DEXTER CAIN,

              Plaintiff - Appellant,

        v.

TONYA CHAPMAN, Parole Board Chairwoman; DONNA SHIFFLETT; KELLY THOMASSON; GLENN YOUNGKIN; JASON S. MIYARES; HAROLD W. CLARKE,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:21-cv-00566-JAG-EWH)

_____

Submitted:  December 20, 2022                    Decided:  December 27, 2022

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Leroy Dexter Cain, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leroy Dexter Cain appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *See Cain v. Chapman*, No. 3:21-cv-00566-JAG-EWH (E.D. Va. May 13, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*